AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:24 CR 157 |
| ALICE F. MARTIN | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. District Court, Northern District of Ohio<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.: 15A |
|---|---|---|
| | | Date and Time: 05/15/2024 10:30 am |

This offense is briefly described as follows:

26 U.S.C. § 7201 Attempt to Evade and Defeat Payment of Tax
(1-7)

Date: 05/03/2024

/s/ Steven L. Marshall
*Issuing officer's signature*

Steven L. Marshall, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*